UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO. 91-80936-16
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,
    Plaintiff(s),
vs.

MICHAEL ZAJAC,
    Defendant(s).
_____/

**ORDER REGARDING SEALED MATERIALS
IN COMPLIANCE WITH LOCAL RULES 5.3 AND 5.4**

Pursuant to Local Rule 5.3/5.4 regarding sealed materials,

**NOW THEREFORE, IT IS ORDERED** that the Clerk of Court is directed to:

__x__  Unseal document Number 510 in this case and restore it to the public file.

_____  Return the sealed documents to the submitting party and amend the court record to reflect this action.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

DATE: MARCH 19, 2007
TO:
Wayne Pratt
Ronald Waterstreet
David Gardey
Joan Morgan